AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| U.S. RIGHT TO KNOW | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| NATIONAL INSTITUTES OF HEALTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland, 20892

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Craig H. Missakian, U.S. Attorney
Northern District of California
450 Golden Gate Avenue
11th Floor, P.O. Box 36055
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jessica L. Blome (California State Bar No. 314898)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS
SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date:   02/23/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Pamela Bondi, Attorney General U.S. Department of Justice

was received by me on *(date)*        February 23, 2026                .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:  March 27, 2026

*Nuria de la Fuente*
*Server's signature*

Nuria de la Fuente, Office Manager
*Printed name and title*

2748 Adeline St. Suite A, Berkeley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

Print          Save As...          Reset

**ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700024093856

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:44 am on March 11, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 11, 2026, 4:44 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |



Track Another Package

Enter tracking or barcode numbers