AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| U.S. RIGHT TO KNOW | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:26-cv-01500-SK |
| | ) | |
| NATIONAL INSTITUTES OF HEALTH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    National Institutes of Health, 9000 Rockville Pike, Bethesda, Maryland, 20892

| | |
|---|---|
| Pamela Bondi, Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Craig H. Missakian, U.S. Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>11th Floor, P.O. Box 36055<br>San Francisco, CA 94102 |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jessica L. Blome (California State Bar No. 314898)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS
SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date:    02/23/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela Bondi, Attorney General U.S. Department of Justice

was received by me on *(date)*        February 23, 2026                .

❐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4(i)(1)



My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .


I declare under penalty of perjury that this information is true.


Date:  March 27, 2026                                    *Nuria de la Fuente*
                                                         *Server's signature*


                                          Nuria de la Fuente, Office Manager
                                          *Printed name and title*


                                          2748 Adeline St. Suite A, Berkeley, CA 94703
                                          *Server's address*

Additional information regarding attempted service, etc:




| Print | Save As... | Reset |

**ALERT: IMPACTS FROM SNOW AND BLIZZARD CONDITIONS IN THE GREAT LAKES AND NOR...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700024093856

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:44 am on March 11, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
March 11, 2026, 4:44 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

**Text & Email Updates**          ⌄

**USPS Tracking Plus®**          ⌄

**Product Information**          ⌄

Track Another Package

Enter tracking or barcode numbers

