UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>        Defendant. | Case No.  26-cv-01500-SK<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Ajay S. Krishnan to consider whether *U.S. Right to Know v. National Institutes of Health*, No. 26-cv-01500-SK is related to *U.S. Right to Know v. National Institutes of Health*, No. 25-cv-04490-ASK.

**IT IS SO ORDERED**.

Dated: May 19, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California