CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:  (415) 436-7224
Facsimile:  (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendant. | Case No. 3:26-cv-01500-SK<br><br>**STIPULATION AND [PROPOSED] ORDER** |

WHEREAS, Defendant National Institutes of Health ("NIH") has filed an answer to Plaintiff US Right to Know's Freedom of Information Act complaint in the above-captioned action (ECF No. 13);

WHEREAS, the initial case management conference is currently scheduled for June 1, 2026 (ECF No. 8);

WHEREAS, on May 20, 2026, the Court referred this case to the Honorable Ajay S. Krishnan to consider whether the above-captioned case is related to *U.S. Right to Know v. National Institutes of Health*, No. 25-cv-04490-ASK, which is currently pending before Judge Krishnan (ECF No. 20); and

WHEREAS, the parties have met and conferred and agree that the case management conference currently set for June 1, 2026 should be continued to allow Judge Krishnan time to consider whether this case should be reassigned.

NOW THEREFORE, the parties agree, subject to Court approval, that the June 1, 2026 case management conference should be continued to July 6, 2026 at 1:30 p.m.

DATED: May 21, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni\**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: May 21, 2026

*/s/ William Fortna*
RICHARD BRODY
LILY RIVO
WILLIAM FORTNA
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the June 1, 2026 case management conference is continued to July 6, 2026 at 1:30 p.m.

DATED: _____

_____
The Honorable Sallie Kim

STIPULATION AND [PROPOSED] ORDER
3:26-cv-01500-SK                                    1