CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendant. | Case No. 3:26-cv-01500-SK<br><br>**STIPULATION AND ORDER** |

WHEREAS, Defendant National Institutes of Health ("NIH") has filed an answer to Plaintiff US Right to Know's Freedom of Information Act complaint in the above-captioned action (ECF No. 13);

WHEREAS, the initial case management conference is currently scheduled for June 1, 2026 (ECF No. 8);

WHEREAS, on May 20, 2026, the Court referred this case to the Honorable Ajay S. Krishnan to consider whether the above-captioned case is related to *U.S. Right to Know v. National Institutes of Health*, No. 25-cv-04490-ASK, which is currently pending before Judge Krishnan (ECF No. 20); and

WHEREAS, the parties have met and conferred and agree that the case management conference currently set for June 1, 2026 should be continued to allow Judge Krishnan time to consider whether this case should be reassigned.

STIPULATION AND ORDER
3:26-cv-01500-SK          1

NOW THEREFORE, the parties agree, subject to Court approval, that the June 1, 2026 case management conference should be continued to July 6, 2026 at 1:30 p.m.

DATED: May 21, 2026                      Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         */s/ Jevechius D. Bernardoni\**
                                         JEVECHIUS D. BERNARDONI
                                         Assistant United States Attorney

                                         Attorneys for Federal Defendant


DATED: May 21, 2026                      */s/ William Fortna*
                                         RICHARD BRODY
                                         LILY RIVO
                                         WILLIAM FORTNA
                                         Greenfire Law, PC

                                         Attorneys for Plaintiff
                                         US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION AND ORDER
3:26-cv-01500-SK                                   2

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the June 1, 2026 case management conference IS HEREBY CONTINUED to July 6, 2026 at 1:30 p.m. via Public Zoom webinar. The parties shall file their joint case management statement by June 29, 2026.

DATED: May 26, 2026

_____

Honorable Sallie Kim

STIPULATION AND ORDER
3:26-cv-01500-SK                                             1